# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JACUELINE BARNEY, Individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL VACATIONS, LLC,<br><br>Defendant. | Case No. 4:21-cv-00459-BP |

## DISCLOSURE OF CORPORATE INTERESTS OF CAPITAL VACATIONS, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Capital Vacations, LLC hereby provides the following Statement and Disclosure of Corporate Interests:

1. Capital Vacations, LLC is a Delaware limited liability company with its principal place of business located in Horry County, South Carolina. Capital Vacations, LLC is the sole member of Capital Resorts Group, LLC.

2. Capital Vacations, LLC has no parents, subsidiaries or affiliates that have issued shares to the public.

**HUSCH BLACKWELL LLP**

By: */s/ Christopher F. Weiss*
Christopher F. Weiss  MO Bar #49314
901 E. Saint Louis Street, Suite 1800
Springfield, MO 65806
Telephone: (417) 268-4000
Facsimile: (417) 268-4040
Email: chris.weiss@huschblackwell.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 27th day of August, 2021, by the court's e-filing system to all parties of record.

/s/   Christopher F. Weiss
Attorney