UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CASE NO: 4:21-00459-CV-W-BP

**JACQUELINE BARNEY,**
individually and on behalf of all
others similarly situated,

        **CLASS ACTION**

    Plaintiff,

        **JURY TRIAL DEMANDED**

v.

**CAPITAL VACATIONS, LLC.,**

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff JACQUELINE BARNEY pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action. All claims of Plaintiff, individually, are hereby dismissed without prejudice.

Date: January 19, 2022

**IJH Law**

/s/ *Ignacio Hiraldo*
Ignacio Hiraldo, Esq.
*Pro Hac Vice*
1200 Brickell Ave Suite 1950
Miami, FL 33131
t. 786-496-4469
ijhiraldo@ijhlaw.com
*Counsel for Plaintiff*