# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JACQUELINE BARNEY, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>)   Case No. 4:21-cv-00459-BP |
| CAPITAL VACATIONS, LLC. | )<br>)<br>) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 19th day of January 2022, the parties herein having filed a Notice of Voluntary dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice against Defendant Capital Vacations, LLC. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date:   February 3, 2022